UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                              02-cr-0323 (LAK)

JOSE RAMOS,

                          Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant is serving a 36 month term of imprisonment for violation of the terms of his supervised release. He requests by letter that a make 6 months of that term concurrent with time he already served in a state facility. He refers to findcial hardship to his aged mother and his son as a result of the COVID-19 pandemic.

       The Court lacks any authority to make the requested change in the sentence. In view of the reference to the pandemic, however, the Court hereby appoints defendant's former CJA-appointed criminal defense attorney, Jeremy Schneider, Esq., to advise defendant regarding any other recourse he may have, including any compassionate release application, and to represent him in that regard.

       The Clerk shall mail copies of this order to the defendant and to Mr. Schneider.

       SO ORDERED.

Dated:     July 26, 2020

                                                                   Lewis A. Kaplan
                                                             United States District Judge